**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST, as Subrogee of Jomar Textile, Inc., and the Segal Group, Plaintiff,** | **CIVIL ACTION** |
| **v.** | **NO.  25-2821** |
| **AFC CABLE SYSTEMS, INC., and ATKORE INTERNATIONAL, INC., Defendants.** | |

**O R D E R**

**AND NOW**, this 22nd day of July, 2026, pursuant to this Court's June 2, 2026 Order (ECF

No. 15), **IT IS ORDERED** that Defendants shall submit a status report to the Court as directed in

ECF No. 15 on or before **July 27, 2026**.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

_____

**HODGE, KELLEY B., J.**